UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CRAIG J. MERCIER, | ) |
|                 Plaintiff | ) |
| v. | ) Docket No. 2:14-cv-531-NT |
| KEVIN JOYCE, Sheriff<br>Cumberland County Jail, | ) |
|                 Defendant | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 16, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is **DENIED**.

3. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

      **SO ORDERED**.

                                                          /s/ Nancy Torresen
                                                          United States District Judge

Dated this 20th day of February, 2015.